

A PROFESSIONAL ASSOCIATION
1300 AT&T TOWER · 901 MARQUETTE AVENUE SOUTH · MINNEAPOLIS, MN 55402
TELEPHONE: (612) 333-3637 · FACSIMILE: (612) 333-1030 · LINDJENSEN.COM

October 17, 2012

*VIA ELECTRONIC FILING*

Magistrate Jeffrey J. Keyes
United States District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, Minnesota 55101

Re:   Economy Premier Assurance Company v. Michael Blodgett, Jon Hanson, individually and/or as Shrine Officer and/or Attorney and/or as Royal Order of Jesters Member and Officer, Court 53 Royal Order of Jesters, Tony Krall, individually and as a Shrine Officer and/or a Jester and Member of Jester Court 53, and Zuhrah Temple Trustees, Inc./The Trustees of Zuhrah Shrine
Our File No: 22095
Court File No: 12-CV-1961

Dear Magistrate Keyes:

I represent Plaintiff Economy Premier in this declaratory judgment action. I am writing to make a request about the Pretrial Conference set for October 24, 2012.

The purpose of this declaratory judgment action is to address whether Jon Hanson's homeowner's insurance policy with Economy Premier provides coverage for claims asserted against him in the matter of *Michael W. Blodgett v. Jon Hanson, Tony Krall, The Trustees of Zuhrah Shrine, John and Jane Does 1-10, and Court 53 Royal Order of Jesters*, 12-CV-0301. On September 19, 2012, Magistrate Judge Jeanne Graham filed a Report and Recommendation to dismiss the underlying tort action. On October 1, 2012, Michael Blodgett filed his objection to the Report and Recommendation. In light of these developments I have agreed to provide an extension to Jon Hanson and the other Shrine defendants to serve and file their Answers only if the dismissal is reversed by the District Court or the Court of Appeals. If the dismissal becomes final, there is no need to proceed with this declaratory judgment action.

Given the dismissal of the underlying tort action, I would recommend that we also postpone the Pretrial Conference until we know whether there is any need to proceed with the declaratory judgment action

THE FIRM INCLUDES ATTORNEYS LICENSED TO PRACTICE IN MINNESOTA, IOWA, NORTH DAKOTA AND WISCONSIN

Magistrate Jeffrey J. Keyes
October 17, 2012
Page 2

---

I enclose a copy of the order signed by Magistrate Judge Jeanne Graham dismissing Blodgett's underlying tort action. If you have any questions, please do not hesitate to contact me.

    Very truly yours,

    Lind, Jensen, Sullivan & Peterson
    A Professional Association

    s/ Timothy J. O'Connor

    Timothy J. O'Connor
    *tim.o'connor@lindjensen.com*

TJO/knr
Enclosure
cc:    David S. Wething, Esq.
       Michael Blodgett