UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Economy Premier Assurance Company,

        Plaintiff,

vs.

Michael Blodgett, Jon Hanson, individually
and/or as Shrine Officer and/or Attorney and/or
as Royal Order of Jesters Member and Officer,
Court 53 Royal Order of Jesters, Tony Krall,
individually and as a Shrine Officer and/or a
Jester and Member of Jester Court 53, and
Zuhrah Temple Trustees, Inc./The Trustees
of Zuhrah Shrine,

        Defendants.

Case No.:  12-1961 JRT/JJK

**STIPULATION**

---

    **WHEREAS**, a Report and Recommendation dismissing in its entirety and with prejudice the underlying lawsuit at issue in this action for declaratory judgment was issued on September 19, 2012 (Report and Recommendation, <u>Blodgett v. Jon Hanson et al</u>., Civ. No. 12-1961 (Minn. Dist. Ct. 2012) ( ECF No. 31 ); and

    **WHEREAS** said Report and Recommendation is now pending before the Honorable John Tunheim, District Court Judge assigned to the case;

    **NOW THEREFORE IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that Defendants Jon Hanson, Tony Krall, and The Trustees of Zuhrah Shrine are hereby granted an extension of time from October 24, 2012 to the earlier of either:

    1.    Adoption of the Report and Recommendation issued in <u>Blodgett v. Hanson, et al.</u>, District Court Case No. 12-0301, (Minn. Dist. Ct. 2012) (ECF No. 31) by the District Court Judge assigned to the case,  and expiration of all subsequent appeal periods; or alternatively,

2.      Rejection of said Report and Recommendation by the District Court Judge assigned to the case; or, in the event the Report and Recommendation is adopted by the District Court Judge but reversed on subsequent appeal, then Defendants Jon Hanson, Tony Krall, and The Trustees of Zuhrah Shrine shall be granted an additional 30 days from the date of such rejection or reversal to interpose an Answer or otherwise plead in the above-captioned case.

Dated:  October 19, 2012            **LIND, JENSEN, SULLIVAN &**
                                    **PETERSON, P.A.**

                                    /s/ Timothy J. O'Conner
                                    Timothy J. O'Connor #216483
                                    1300 AT&T Tower
                                    901 Marquette Avenue South
                                    Minneapolis, MN 55402
                                    Telephone:  (612) 333-3637
                                    Attorney for Plaintiff


Dated:  October 19, 2012            **EASTLUND, SOLSTAD, CADE &**
                                    **HUTCHINSON, LTD.**

                                    /s/ David S. Wething
                                    David S. Wething #196435
                                    4200 County Road 42 West
                                    Savage, MN 55378
                                    Telephone:  (952) 894-6400
                                    Attorney for Defendants Jon Hanson, Tony
                                    Krall and The Zurah Temple Trustees